# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Larisa Dirkzwager, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Archer-Daniels-Midland Company, | ) | |
| | ) | Case No. 1:20-cv-212 |
| Defendant. | ) | |

A mid-discovery status conference will be held before the magistrate judge on June 2, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, the parties shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of January, 2021.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court