## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Larisa Dirkzwager, | ) | |
| | ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Archer-Daniels-Midland Company, | ) | |
| | ) | Case No. 1:20-cv-212 |
| Defendant. | ) | |

A conference will be held before the magistrate judge on March 10, 2021, at 9:00 a.m. to take measure of the parties progress to date and to gauge the parties interest in an early settlement conference.  The conference will be conducted via telephone conference.  To participate in the conference, the parties shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of January, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court